THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB GOLDINGER, Appellant.— Judgment of the County Court of Kings county convicting the defendant of the crime of forgery in the first degree reversed on the law, the indictment dismissed and bail exonerated. The facts alleged in the indictment and established at the trial do not constitute forgery as defined by sections 880 to 884 of the Penal Law. (*People* v. *Underhill*, 142 N. Y. 38.) Appeal from order dismissed. Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENT STORES, INC., Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions, convicting the defendant of a violation of section 174 of article 5 of the Labor Law (permitting females to work in factory contrary to posted schedule), unanimously affirmed. In our opinion, tagging, sorting, etc., is part of the processing; if done at the store, it is work " done for a factory " within the prohibition of the statute, and sustains the charge in the information that the defendant conducted " a store used in and in connection with a factory." Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM O'BRIEN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE PRAITHER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of possessing policy slips in violation of sections 974 and 975 of the Penal Law, and order denying motion to dismiss the information or to set aside the conviction and grant a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RUSSO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of being a common gambler, and order denying motions to dismiss the information, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPHINE RYDER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of possessing policy slips in violation of sections 974 and 975 of the Penal Law, and order denying motion to dismiss the